EL PUEBLO, DEMANDANTE, Y APELADO, *v.* PADILLA, ACUSADO
Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de Arecibo en
en causa por infracción a la Ley del Servicio Civil.

No. 1099.—Resuelto en julio 9, 1917.

Resuelto por los fundamentos de la opinión emitida en el caso No. 1084, *El Pue-
blo* v. *Wys,* p. 510.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. Antonio Trujillo Güil.*

Abogado del apelado: *Sr. Salvador Mestre, Fiscal.*

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tribunal.

En este caso se presentó una excepción perentoria a la
acusación y en el acto del juicio. el apelante insistió en que no
se le había imputado ni probado ningún delito.   Por las ra-
zones consignadas en la opinión del caso de *El Pueblo* v. *Wys,*
que acabamos de decidir, la sentencia apelada debe ser revo-
cada y absuelto el acusado.

> *Revocada la sentencia apelada y absuelto el
> acusado.*

Jueces concurrentes: Sres. Presidente Hernández y Aso-
ciado Aldrey.

Los Jueces Asociados Sres. del Toro y Hutchison, disin-
tieron.